| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:97CR00016-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED BY _____ D.C. 05 OCT -5 P 3:08 | DOCKET NUMBER *(Rec. Court)* 05-20367 MI An |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Darren Wayne Carruthers<br>1437 Delano<br>Memphis, TN 38127 | Florida Northern | Tallahassee |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert L. Hinkle, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/1/05  TO 2/28/2013 |

OFFENSE

Possession With Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/1/05
*Date*

*/s/ Robert L. Hinkle*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/3/05
*Effective Date*

*/s/ Jon P. McCalla*
*United States District Judge*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-5-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20367 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT